**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Mario MANCILLA VARGAS,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 26-7988** |
| | : | |
| **JOHN RIFE, et al.,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 27th day of October 2026, upon considering the Petitioner's Notice of Voluntary Dismissal (ECF No. 6), it is **HERBY ORDERED**:

1. The Stipulation of Dismissal is **GRANTED**;

2. The action is **DISMISSED** without prejudice;

3. The deadlines and restrictions set forth in the Court's October 19 Order (ECF No. 3) are **VACATED**; and

4. The Clerk of Court shall **CLOSE** this case.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**